Etoy CALHOUN *v.* STATE of Arkansas

CR 07-566                                                      259 S.W.3d 455

Supreme Court of Arkansas
Opinion delivered June 21, 2007

*F. Wilson Bynum, Jr.*, for appellant.

No response.

PER CURIAM. Appellant Etoy Calhoun, by and through his attorney, has filed a motion for rule on clerk. His attorney, F. Wilson Bynum, Jr., Public Defender for the Eleventh Judicial District–West, states in the motion that the record was tendered late due to a mistake on his part.

  Because Bynum has admitted fault, this motion is granted pursuant to *McDonald v. State*, 356 Ark. 106, 146 S.W.3d 883 (2004). A copy of this opinion will be forwarded to the Committee on Professional Conduct.